FILED

2017 DEC 28 PM 1:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | SA CR No. 17-00187 DOC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 641: Theft of Government Property in Excess of $1,000; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| KEVIN MATTHEW BIANCHI, | |
| Defendant. | |

The Acting United States Attorney charges:

COUNT ONE

[18 U.S.C. § 641]

On or about January 23, 2017, in San Diego County, within the Southern District of California, defendant KEVIN MATTHEW BIANCHI knowingly and willfully embezzled, stole, purloined, and converted to his own use and the use of another a thing of value of the United States, in that he used a counterfeit and stolen J.P. Morgan Chase credit card number to purchase approximately $2,450 worth of United States postage stamps at the San Diego Downtown Post Office, to which he knew that he was not entitled, with the intent to deprive the United States Post Office of the use and benefit of that property.

COUNT TWO

[18 U.S.C. § 641]

On or about February 2, 2017, in Orange County, within the Central District of California, defendant KEVIN MATTHEW BIANCHI knowingly and willfully embezzled, stole, purloined, and converted to his own use and the use of another a thing of value of the United States, in that he used a counterfeit and stolen J.P. Morgan Chase credit card number to purchase approximately $2,450 worth of United States postage stamps at the Spurgeon Station Post Office, to which he knew that he was not entitled, with the intent to deprive the United States Post Office of the use and benefit of that property.

COUNT THREE

[18 U.S.C. § 1028A(a)(1)]

On or about February 2, 2017, in Orange County, within the Central District of California, defendant KEVIN MATTHEW BIANCHI ("BIANCHI") knowingly transferred, possessed, and used, without lawful authority, a means of identification that defendant BIANCHI knew belonged to another person, namely, the J.P. Morgan Chase credit card number of J.M., ending in -3196, during and in relation to the offense of Theft of Government Property, a felony violation of Title 18, United States Code, Section 641, as charged in Count Two of this Information.

SANDRA R. BROWN
Acting United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. MCNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

SCOTT D. TENLEY
Assistant United States Attorney
Santa Ana Branch Office