# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:17-CR-00187-DOC     Recorder: CS 01/08/2018     Date: 01/08/2018

Present: The Honorable John D. Early, U.S. Magistrate Judge

Court Clerk: Maria Barr                           Assistant U.S. Attorney: Paul LeBlanc

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| KEVIN MATTHEW BIANCHI<br>CUSTODY | Kelley Muñoz, DFPD<br>Appt. | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE AND INITIAL APPEARANCE AND APPOINTMENT OF COUNSEL HEARING.**

Defendant is arraigned

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court appoints Kelley Muñoz, DFPD, as counsel for all further proceedings for defendant.

Financial affidavit is submitted and filed.

Defendant's first appearance.
Government moves for Permanent Detention of the defendant. Detention Hearing is held., Court grants the Government's request and orders the defendant permanently detained.

Waiver of Indictment submitted, accepted by the court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 3/6/2018 at 8:30 AM
    Status Conference 2/5/2018 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 2 days.

First Appearance/Appointment of Counsel: : 02
PIA: 00 : 04
Initials of Deputy Clerk: mba