

FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | SA CR 17-187-DOC |
| v. | |
| Kevin M. Bianchi | WAIVER OF INDICTMENT |
| DEFENDANT | |

I, __Kevin M. Bianchi__, the above-named defendant, who is accused of __18 USC 641 & 18 USC 1028A__, in violation of __Theft of Government Property, Agg identity theft__, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __1-8-18__, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__1-8-18__
Date

__1-8-18__
Date

__1-8-18__
Date

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter