NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
BRADLEY E. MARRETT (Cal. Bar No. 288079)
Assistant United States Attorney
Santa Ana Branch Office
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone: (714) 338-3505
    Facsimile: (714) 338-3708
    E-mail:    bradley.marrett@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 17-187-DOC |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF APPEARANCE BY ELECTRONIC FILING |
| v. | |
| KEVIN MATTHEW BIANCHI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Criminal Division of the Department of Justice, respectfully submits the Notice of Appearance for the following additional attorney by electronic filing:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **Additional Assigned AUSA** | Bradley E. Marrett | bradley.marrett@usdoj.gov |

1

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that **BRADLEY E. MARRETT** is associated with this case and receives all e-mails relating to filings in this case.

Dated: January 23, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office


         /s/
BRADLEY E. MARRETT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA