Bradley E. Marrett  (CBN 288079)
U.S. Attorney's Office
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701-4599
(714) 338-3505

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 17-00187-DOC |
| v. | |
| KEVIN MATTHEW BIANCHI, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

Government's Ex Parte Application for Order Sealing Document
[Proposed] Order Sealing Document
Under Seal Document

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| April 19, 2018 | Bradley E. Marrett |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA, PLAINTIFF |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        **NOTICE OF MANUAL FILING OR LODGING**