KELLEY MUNOZ (Bar No. 167060)
Deputy Federal Public Defender
411 W. Fourth Street, Ste. 7110
Santa Ana, CA 92701  (714)338-4500; Fax:(714)-338-4520
E-mail: kelley_munoz@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>KEVIN BIANCHI,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 17-187-DOC<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Ex Parte Application and Proposed Order Permitting Under Seal Filing; Document to be filed Under Seal-Filed Under Seal.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

April 23, 2018                                      Kelley Munoz
Date                                                      Attorney Name
                                                              Kevin Bianchi
                                                              Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING

**PROOF OF SERVICE**

I declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California  92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **NOTICE OF MANUAL FILING** on the following individual(s) by:

| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

Leslie De La Torre
United States Probation Office
411 W. Fourth Street, Ste. 4170
Santa Ana, CA 92701

This proof of service is executed at Santa Ana, California, on April 23, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Rebecca V. Perez*             .
**Rebecca V. Perez**