1  HILARY POTASHNER (Bar No.167060)
   Federal Public Defender
2  (E-mail: hilary_potashner@fd.org)
   KELLEY MUNOZ (Bar No. 211583)
3  (E-Mail: kelley_munoz@fd.org)
   Deputy Federal Public Defender
4  411 West Fourth Street, Suite 7110
   Santa Ana, California  92701-4598
5  Telephone:  (714) 338-4500
   Facsimile:  (714) 338-4520
6
7  Attorneys for Defendant
   KEVIN BIANCHI

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SA CR 17-187-DOC |
|---|---|
| Plaintiff | |
| v. | **DEFENDANT'S ADDITIONAL EXHIBITS RE SENTENCING** |
| KEVIN BIANCHI, | Date:  April 30, 2018 |
| Defendant. | Time:  7:30 a.m. |

Defendant Kevin Bianchi, by and through his attorney of record, Deputy Federal Public Defender Kelley Munoz, hereby submits the attached additional exhibits H and G in preparation for sentencing.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: April 26, 2018         By  */s/ Kelley Munoz*
                                 KELLEY MUNOZ
                                 Deputy Federal Public Defender

1

# PROOF OF SERVICE

I declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **DEFENDANT'S ADDITIONAL EXHIBITS RE SENTENCING** on the following individual(s) by:

| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

Leslie De La Torre
United States Probation Office
411 W. Fourth Street, Ste. 4170
Santa Ana, CA 92701

    This proof of service is executed at Santa Ana, California, on April 26, 2018.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                          */s/ Rebecca V. Perez* .
                                          **Rebecca V. Perez**