**EXHIBITS G**

4-24-2018

To whom it may concern,

Our names are Craig & Caroline Bianchi, we are Kevin Bianchi's parents. We're writing this letter on behalf of our son Kevin. Kevin was always a loving boy and full of fun. He was always happy and had alot of energy. Kevin also had lots of friends starting from a very young age. He was liked by his friends and there parents. Kevin excelled in school and in sports, especially in tennis and golf. He played both sports in high school. He was on the traveling tennis team and won quite often. Kevin gravitated toward golf and actually took and passed his P.A.T. He then started working at various golf resorts in the Palm Springs area. He really enjoyed teaching young kids how to play golf and improve there games. It was a little time later that Kevin began gambling, and I feel, fell in with the wrong people. I think the gambling and drinking led to using

OTHER STUFF (DRUGS). THIS IS WHEN KEVIN REALLY STARTED MAKING BAD DECISIONS. I KNOW HE WANTS TO CHANGE AND HAS CHANGED. KEVIN WAS BAPTIZED CATHOLIC WHEN HE WAS AN INFANT. I KNOW HIS GODPARENTS MISS AND PRAY FOR HIM. I AM SO HAPPY HE HAS FOUND HIS FAITH ONCE AGAIN. ALONG WITH HIS FAITH AND NARCOTICS ANONYMOUS I BELIEVE HE IS ON HIS WAY TO RECOVERY. I LOOK SO FORWARD TO THE DAY HE COMES HOME AND WE CAN BE WITH AND ENJOY AND LOVE HIM.

MOST SINCERELY

*Craig Bianchi*

&

*Caroline Bianchi*

**EXHIBITS H**



# children's institute, inc.
*safe children, strong families, healthy communities*

April 16, 2018

Charles P. Diamond
Chairman of the Board

Paul R. Kanin
Vice Chair

Kathleen M. Vanderziel
Vice Chair

Bradley N. Myslinski
Treasurer

Cara Leonetti Esposito
Secretary

Susan C. Adamson
Samaan Bakar
Catherine Beyer
Loren Booth
Adam Checchi
Mary C. Collins
Hugh Evans, III
Rochelle Gores Fredston
Tracey Gluck
Ahmad Gramian
Marcia Wilson Hobbs
Nina Holland
Bridget Gless Keller
Suzanne Marx
Mari McAlister
Candace Bond McKeever
Christine H. Newman
Barry Patmore
Gelila Assefa Puck
David Rognlien
Todd J. Rosen
Daneia Sanadiki
Stephanie Booth Shafran
Lt. Emada E. Tingirides

Ex Officio Members:

Barbera H. Thornhill
President, The Colleagues

Anne Marie Scibelli
President, The C.H.I.P.S.

Phoebe Vaccaro
President, Las Amigas

Rochelle Gores Fredston
Founder, Philanthropic Society
Los Angeles

Martine Singer
President and
Chief Executive Officer

Re: **Kevin Bianchi**     **5 North**     **Metro Detention Center**
DOB:

Mr. Bianchi,

This letter is in reference to your participation in Project Fatherhood beginning on January 10, 2018.

Project Fatherhood is a psychotherapeutic group that dynamically addresses childhood traumas/triggers that impact interpersonal relationships. By improving relationships between fathers and their children the outcomes are greatly enhanced. Project Fatherhood consists of the Men In Relationship Group (MIRG), and the Child Focused Activities Group. The MIRG sessions are open-ended and meet weekly for 90 minutes. There is no completion or graduation. Project Fatherhood promotes that parenting and being a father is a lifelong commitment and process for which there is no completion or graduation.

Since the date of your enrollment on January 10th, you have attended 10 group sessions on Wednesday mornings at the Metropolitan Detention Center in Los Angeles.
You have actively participated in the group discussions that include the following topics; Separation and Loss, Normal Child Development, Communicating Needs, Child Abuse and Neglect, Alcohol and Substance Abuse, and Domestic Violence. Project Fatherhood addresses how these themes and our experiences have impacted our children.

Signed,

*Edward E Berumen*
Edward E. Berumen, Psy.D.   PSY22936
Program Supervisor, Project Fatherhood