UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   SA CR 17-0187-DOC　　　　　　　　　　　　　　　　　Date: April 30, 2018

Present: The Honorable:   DAVID O. CARTER, U.S. District Judge

Interpreter  N/A

| Deborah Lewman | CourtSmart | Brad Marrett |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Kevin Matthew Bianchi | X | X |  | Kelley Munoz, DFPD | X | X |  |

**PROCEEDINGS:  SENTENCING**

　　　　USPO Leslie De La Torre also present.

　　　　Sentencing hearing held.  See separate Judgment and Commitment order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:33
**Initials of Deputy Clerk**　djl